

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CSBN 202121)
   Acting Chief, Criminal Division
4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, 9th Floor
   San Francisco, CA 94102
   Telephone: 415.436.6816
7  Facsimile:  415.436.6748
   Email: stephanie.hinds@usdoj.gov
8
9  Attorneys for United States of America

ORIGINAL FILED

JUL 27 2007

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA

MMC

12
13 UNITED STATES OF AMERICA,          ) C 07-3874
                                      )
14              Plaintiff,             )
                                      )
15                                    ) **NOTICE OF FORFEITURE ACTION**
         v.                           )
16                                    )
                                      )
17 REAL PROPERTY AND IMPROVEMENTS     )
   LOCATED AT 205 SE SPANISH TRAIL, BOCA )
18 RATON, FLORIDA,                    )
                                      )
19              Defendant.             )
   _____)

20       A civil complaint seeking forfeiture pursuant to Title 21, United States Code, Section
21 881(a)(6) and Title 18, United States Code, Section 981(a)(1)(A) was filed on July 27, 2007, in
22 the United States District Court for the Northern District of California by the United States of
23 America, plaintiff, against the *in rem* defendant real property.
24       In order to contest forfeiture of the *in rem* defendant real property, any person who asserts
25 an interest in or right against the real property must file a verified statement identifying the
26 interest or right within 35 days after the date of service of the complaint in accordance with Rule
27 G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within
28 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier.

1  Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule
2  12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.
3      An agent, bailee or attorney must state the authority to file a statement of interest or right
4  against the property on behalf of another.
5      Statements of interest and answers should be filed with the Office of the Clerk, United
6  States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor,
7  San Francisco, California 94102, and copies should be served on Stephanie M. Hinds, Assistant
8  United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: July 27, 2007

STEPHANIE M. HINDS
Assistant United States Attorney

Notice of Forfeiture Action
C 07-                                       2