IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-07-3874 MMC |
| Plaintiff | **ORDER OF REFERRAL** |
| v. | |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 205 SE SPANISH TRAIL, BOCA RATON, FLORIDA, | |
| Defendant | |
| _____/ | |

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c) and Criminal Local Rule 8-1, to the Honorable Ronald M. Whyte for consideration of whether the case is related to United States v. Russo, et al., CR-06-00748 RMW. (See Compl. ¶ 7.)

**IT IS SO ORDERED.**

Dated: July 31, 2007

MAXINE M. CHESNEY
United States District Judge