1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CSBN 202121)
   Acting Chief, Criminal Division
4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6816
7      Facsimile:  (415) 436-6748
       Email: stephanie.hinds@usdoj.gov
8
   Attorneys for Plaintiff
9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,         )   **Case No.  C 07-3874 MMC**
                                       )
14 |         Plaintiff,                )
                                       )   **CERTIFICATE OF SERVICE**
15 |    v.                             )
                                       )
16 |                                   )
   | REAL PROPERTY AND IMPROVEMENTS    )
17 | LOCATED AT 205 SE SPANISH TRAIL, BOCA )
   | RATON, FLORIDA,                   )
18 |                                   )
                                       )
19 |         Defendant.                )
                                       )
20 
           The undersigned hereby certifies that she is an employee in the Office of the United
21
   States Attorney for the Northern District of California and is a person of such age and discretion
22
   to be competent to serve papers.  The undersigned further certifies that she caused a copy of
23
        •      Complaint for Forfeiture;
24
        •      Notice of Forfeiture Action;
25
        •      Notice of Pendency of Action (Lis Pendens);
26
        •      Case Management Conference Order;
27
        •      United States District Court Local Rules and Guidelines;
28

1 • ECF Registration Information Handout;

2 • Dispute Resolution Procedures; and

3 • Order of Referral

4 to be served this date via certified mail delivery upon the person(s) below at the place(s) and

5 address(es) which is the last known address(es):

6
Century Bank                                    Michael James Arnold
7 1680 Fruitville Road                          205 SE Spanish Trail
Sarasota, FL 34236                              Boca Raton, FL 33432-6232
Attn: Melody Shimmell
8

9
    I declare under penalty of perjury under the laws of the United States of America that the
10
foregoing is true and correct.
11
    Executed this    31st    day of July, 2007, at San Francisco, California.
12

13

14                                              _____/S/_____
                                                CAROLYN JUSAY
15                                              Legal Assistant
                                                Asset Forfeiture Unit
16