UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/8/07*

RELATED CASE ORDER

A Notice of Related Cases has been filed that the following cases are related within the meaning of Crim. L.R. 8-1(b):

    **CR-06-00748-RMW**    USA vs Russo, et.al
    **CV-07-03874-MMC**    USA vs Real Property and Improvements Located at
                                      205 Se Spanish Trail, Boca Raton, Florida

**ORDER**

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ]    ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[ ]    ARE RELATED as defined by Crim. L.R. 8-1(b). I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[**x**]    ARE RELATED as defined by Crim. L.R. 8-1(b). Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

DATED: **8/7/07**

                                                    */s/ Ronald M. Whyte*
                                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

                                                  Richard W. Wieking, Clerk

DATED: **8/8/07**                                By: */s/ Jackie Garcia*
                                                        Jackie Garcia
                                                        Deputy Clerk

Copies to:  Courtroom Deputies x
             Case Systems Administrators x
             Counsel of Record x

Entered into Assignment Program:               (date)