```
1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2
    W. DOUGLAS SPRAGUE (CSBN 202121)
3   Acting Chief, Criminal Division

4   STEPHANIE M. HINDS (CSBN 154284)
    Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6816
7      Facsimile:  (415) 436-6748
       Email: stephanie.hinds@usdoj.gov
8
    Attorneys for Plaintiff
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>          Plaintiff,                  )<br>                                      )<br>     v.                               )<br>                                      )<br>                                      )<br>REAL PROPERTY AND IMPROVEMENTS        )<br>LOCATED AT 205 SE SPANISH TRAIL, BOCA )<br>RATON, FLORIDA,                       )<br>                                      )<br>          Defendant.                  )<br>                                      ) | **Case No.  C 07-3874 RMW**<br><br>**CERTIFICATE OF SERVICE** |

   The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of

   •     Related Case Order

to be served this date via first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

```
Century Bank                          Michael James Arnold
1680 Fruitville Road                  205 SE Spanish Trail
Sarasota, FL 34236                    Boca Raton, FL 33432-6232
Attn: Melody Shimmell
```

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed this   9th   day of August, 2007, at San Francisco, California.

            /S/
        CAROLYN JUSAY
        Legal Assistant
        Asset Forfeiture Unit