IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 205 SE SPANISH TRAIL, BOCA RATON, FLORIDA,<br><br>    Defendant. | ***E-FILED - 8/15/07***<br><br>CASE NO.: C-07-03874-RMW<br><br>**CLERK'S NOTICE OF SETTING CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **November 2, 2007 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are ordered to file a Joint Case Management Statement by October 26, 2007.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: August 15, 2007

BY: *Jackie Lynn Ga* [signature]
    JACKIE GARCIA
    Courtroom Deputy for
    Honorable Ronald M. Whyte

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28