**ORIGINAL**

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CSBN 202121)
   Acting Chief, Criminal Division
4
   STEPHANIE M. HINDS (CSBN 154284)
5  Assistant United States Attorney

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
7  Telephone: (415) 436-6816
   Facsimile:  (415) 436-6748
8  Email: stephanie.hinds@usdoj.gov

9  Attorneys for Plaintiff

```
CFN 20070370711
OR BK 21992 PG 1496
RECORDED 08/02/2007 12:14:11
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 1496 - 1498; (3pgs)
```

07 AUG 10 AM 10: 47
SAN FRANCISCO, CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  C 07-3874 MMC |
| Plaintiff, | |
| v. | **AMENDED NOTICE OF PENDENCY OF ACTION (LIS PENDENS)** |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 205 SE SPANISH TRAIL, BOCA RATON, FLORIDA, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that an action has been commenced in the above-entitled Court pursuant to a Complaint filed by the United States of America on July 27, 2007 to secure the judicial forfeiture of real property and improvements located at 205 SE Spanish Trail, Boca Raton, Florida (APN: 06-43-47-28-02-000-0102). The real property is also known as:

> **Lots 11 & 12, BOCA RATONE POR LA MAR 2ND AMENDED PLAT, according to the Plat thereof on file in Plat Book 20 at Page 7, of the Public Records of Palm Beach County.**
>
> **TOGETHER WITH the South 15.82 feet of Lot 10, BOCA RATONE POR LA MAR 2ND AMENDED PLAT, according to the Plat thereof on file in Plat Book 20 at Page 7, of the Public Records of Palm Beach County, Florida.**

**LESS AND EXCEPT THEREFROM the South 37.75 feet of Lot 12, BOCA RATONE POR LA MAR 2ND AMENDED PLAT, according to the Plat thereof on file in Plat Book 20 at Page 7, of the Public Records of Palm Beach County, Florida.**

**Said lands situate, lying and being in Palm Beach County, Florida.**

In the Complaint for Forfeiture, plaintiff alleges that the defendant real property is subject to forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(A) as property involved in or traceable to a transaction or attempted transaction in violation of Title 18, United States Code, Section 1956 and 1957 and Title 21, United States Code, Section 881(a)(6).

The owner of record to the defendant property is Michael James Arnold.

Dated: August 1, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

*/s/ Patricia Kenney for*
PATRICIA J. KENNEY
Assistant United States Attorney

*/s/ Stephanie Hinds*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of NOTICE OF PENDENCY OF ACTION (LIS PENDENS) to be served via certified mail upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Century Bank
1680 Fruitville Road
Sarasota, FL 34236
Attn: Melody Shimmell

Michael James Arnold
205 SE Spanish Trail
Boca Raton, FL 33432-6232

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _1st_ day of August, 2007, at San Francisco, California.

CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit