1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CSBN 202121)
   Acting Chief, Criminal Division
4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6816
7  Facsimile:  (415) 436-6748
   Email: stephanie.hinds@usdoj.gov
8
   Attorneys for Plaintiff
9
                       UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12
13 | UNITED STATES OF AMERICA,           )    **Case No.  C 07-3874 RMW**
                                         )
14 |         Plaintiff,                  )
                                         )    **CERTIFICATE OF SERVICE**
15 |     v.                              )
                                         )
16 |                                     )
   | REAL PROPERTY AND IMPROVEMENTS      )
17 | LOCATED AT 205 SE SPANISH TRAIL, BOCA)
   | RATON, FLORIDA,                     )
18 |                                     )
                                         )
19 |         Defendant.                  )
   |_____)
20
          The undersigned hereby certifies that she is an employee in the Office of the United
21
   States Attorney for the Northern District of California and is a person of such age and discretion
22
   to be competent to serve papers.  The undersigned further certifies that she caused a copy of
23
        •     Complaint for Forfeiture;
24
        •     Notice of Forfeiture Action;
25
        •     Notice of Pendency of Action (Lis Pendens);
26
        •     Amended Notice of Pendency of Action;
27
        •     Case Management Conference Order;
28
        •     United States District Court Local Rules and Guidelines;

1     •      ECF Registration Information Handout;

2     •      Dispute Resolution Procedures;

3     •      Order of Referral;

4     •      Related Case Order and

5     •      Clerk's Notice of Setting Case Management Conference (e-filed 8/15/07)

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Mr. Sean M. Ellsworth  
Ellsworth Law Firm  
404 Washington Avenue, Suite 750  
Miami, FL 33139  
Attorney for Michael James Arnold

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __30th__ day of August, 2007, at San Francisco, California.

                           /S/  
                     CAROLYN JUSAY  
                     Legal Assistant  
                     Asset Forfeiture Unit