Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for MICHAEL ARNOLD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 205 SE SPANISH TRIAL, BOCA RATON, FLORIDA<br><br>Defendant. | No. C 07-03874 RMW<br><br>**VERIFIED CLAIM OF INTEREST IN PROPERTY** |

Pursuant to Rule G(5)(a) of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, I, Michael Arnold, declare that I am titleholder to the property which is the subject of the above-captioned civil forfeiture action, namely Real Property and Improvements Located at 205 SE Spanish Trial, Boca Raton, Florida, and thus have an interest in the property.

Attached to this declaration is a true and correct copy of correspondence with Assistant United States Attorney Stephanie Hinds indicating that pursuant to agreement between the parties, this Claim of Interest is timely filed.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of September, 2007 at _____.

_____
Michael Arnold

# ELLSWORTH LAW FIRM, P.A.
ATTORNEYS AND COUNSELORS AT LAW

404 Washington Avenue • Suite 750
Miami Beach, Florida 33139

Telephone 305.535.2529
Facsimile 305.535.2881
www.ellslaw.com

August 31, 2007

**VIA FACSIMILE & U.S. MAIL**

Stephanie M. Hinds, Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Fransisco, CA 94102-3495

    Re:    United States of America v. Real Property and Improvements
                Located at 205 SE Spanish Trail, Boca Raton, Florida

              Case No. C 07-3874 MMC

Dear Stephanie,

    This firm represents Mike Arnold. This will confirm you have agreed to allow us a fourteen (14) day extension to respond to the Complaint for Forfeiture in the above-referenced case. Our response is now due on September 17, 2007.

    Thank you for your courtesy with regard to this matter.

               Very truly yours,

               Sean M. Ellsworth

SME/as