Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for MICHAEL ARNOLD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 205 SE SPANISH TRIAL, BOCA RATON, FLORIDA<br><br>　　　　　Defendant. | No. C 07-03874 RMW<br><br>**DECLARATION OF EDWARD W. SWANSON IN SUPPORT OF CLAIMANT MICHAEL ARNOLD'S NOTICE OF MOTION AND MOTION TO DISMISS** |

　　　I, Edward W. Swanson, declare as follows:

　　　1)　　I am attorney licensed to practice in the state of California and duly admitted to the bar of this Court. I represent Michael Arnold in the above-captioned matter. I make this declaration of my own personal knowledge, and if called as a witness could testify competently to the matters set forth herein.

　　　2)　　Attached to this declaration as Exhibit A is a true and correct copy of *Florida Board of Pharmacy's Final Order, Department of Health v. Rx Network*, No. DOH-0300343-FOF-MOA, 2003 WL 124675 (Fla.Div.Admin.Hrgs.).

/ / /

/ / /

/ / /

3) Attached to this declaration as Exhibit B is a true and correct copy *Department of Health v. Rx Network*, Florida Board of Pharmacy Final Order, No. DOH-03-0343-FOF-MOA (April 15, 2003).

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of October, 2007 at San Francisco, California.

                                                    /s/
                                  Edward W. Swanson