Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for MICHAEL ARNOLD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 205 SE SPANISH TRIAL, BOCA RATON, FLORIDA<br><br>Defendant. | No. CV 07-03874 RMW<br><br>**[PROPOSED] ORDER** |

    Based on Claimant Michael Arnold's Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Court hereby ORDERS that the government's *in rem* Complaint For Forfeiture in the above-captioned matter be dismissed.

    IT IS SO ORDERED.

Dated: _____

                                                 Ronald M. Whyte
                                                 United States District Court