SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6816
 Facsimile: (415) 436-6748
 email:   stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | **No.  C 07-3874 RMW** |
| Plaintiff,    ) | |
| v.    ) | **JOINT STATUS CONFERENCE** |
|    ) | **STATEMENT** |
| REAL PROPERTY AND    ) | |
| IMPROVEMENTS LOCATED AT 205 SE    ) | Date: November 2, 2007 |
| SPANISH TRAIL, BOCA RATON,    ) | Time: 10:00 a.m. |
| FLORIDA ,    ) | Place: Hon. Ronald M. Whyte |
|    ) | |
| Defendant.    ) | |
| _____ ) | |

1.  **Jurisdiction**

    This Court has jurisdiction pursuant to Title 28, United States Code, Sections 1345 and 1355 and

Title 21, United States Code, Section 881.

2.  **Description of Case**

    This is a forfeiture action.  The government contends that there is sufficient evidence to believe

that the defendant real property constitutes, and is traceable to, proceeds from the unlawful distribution

of controlled substances in violation of Title 21, United States Code, Section 841(a)(1); it is thus subject

to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).  In addition, the defendant real

property constitutes property involved in, or traceable to, money laundering transactions, in violation of

Title 18, United States Code, Sections 1956 and 1957, and thus subject to forfeiture pursuant to Title 18,

United States Code, Section 981(a)(1)(A).

Claimant Michael Arnold disputes these contentions.

**3.  Service/Parties to the Action**

All persons known to have an interest in the defendant real properties have been served,

including Michael Arnold and lienholder Century Bank, FSB.  On August 29, 2007, lienholder Century

Bank, FSB, filed a verified claim and answer, asserting an interest in the defendant real property.  On

September 17, 2007, and with the consent of plaintiff, claimant Michael Arnold filed a verified claim

asserting an ownership interest into the defendant real property.  To date, no other claims have been filed

in this action.

**4.  Principal Factual and Legal Issues**

The principal factual and legal issues in dispute are: (1) whether the defendant real property is

forfeitable; (2) whether plaintiff has stated a claim for relief in its forfeiture complaint; and (3) whether

claimant Michael Arnold can establish an innocent ownership of the defendant real property.

**5.  Anticipated Motions**

On October 9, 2007, claimant Michael Arnold filed a motion to dismiss the complaint.  The

motion is currently scheduled for hearing on December 14, 2007.  The government and claimant Arnold

have agreed to continue the date of the hearing and the briefing schedule to 2008 and will provide a

stipulation and proposed order to that effect.

The parties have informally discussed the possibility of an interlocutory sale of the defendant

real property.  If the parties are able to reach an agreement in this area, we will submit a proposed

stipulation and proposed order to the Court.

 Plaintiff may also move for summary judgment challenging the innocent owner claim of

claimant Michael Arnold at the close of discovery.

**6.  Relief/Damages**

Plaintiff seeks a judgment of  forfeiture of the defendant real property.   This is not a damages

1    case.

2    **7.  Settlement**

3        The government and lienholder Century Bank, FSB, have had informal discussions regarding

4    settlement of the bank's claim, but have not yet reached an agreement.

5    **8.  Discovery**

6        The parties have not engaged in any formal discovery to date due, in part, to the ongoing related

7    criminal investigation of Michael Arnold. Nor are the parties required to provide initial disclosures since

8    civil forfeiture actions are exempt under Rule 26(a)(1)(B).

9    **9.  Alternative Means of Disposition**

10       Plaintiff does not request reference to arbitration or to a United States Magistrate Judge for trial.

11   Claimant Arnold would not oppose being referred to a United States Magistrate Judge for settlement.

12   **10.  Pretrial/Trial Issues**

13       The parties have not yet discussed any trial issues.

14   **11.  Class Action**

15       This is not a class action.

16   **12.  Related Case**

17      The government is presently  conducting an criminal investigation concerning claimant Michael

18   Arnold and others in regards to the distribution of controlled substances via the internet.  Some of the

19   other targets of the investigation have been indicted in this district in a case captioned *United States v.*

20   *Andrew Russo, et al*, CR 06-00748 RMW.  The investigation is continuing with respect to Michael

21   Arnold.

22   **13.     Other Matters –**

23          **Appearance by Telephone**

24       Counsel for lienholder-claimant Century Bank, FSB, is located in Sacramento, California and

25   / /

26   / /

27

28   JOINT STATUS CONFERENCE STATEMENT
     [ C 07-3874 RMW  ]                              3

1  requests that his appearance at this hearing, and any future status conference hearings, be conducted

2  telephonically.

3

4  DATED: October 31, 2007                    _____/S/_____

5                                             STEPHANIE M. HINDS
                                              Assistant United States Attorney
6

7  DATED: October 31, 2007                    _____/S/_____

8                                             EDWARD SWANSON
                                              Attorney for Claimant Michael Arnold
9

10 DATED: October 31, 2007                    _____/S/_____

11                                            JEFFREY HINRICHSEN
                                              Attorney for Claimant Century Bank, FSB

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  JOINT STATUS CONFERENCE STATEMENT
    [ C 07-3874 RMW  ]                                        4