UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: November 2, 2007

Case No. C-07-03874-RMW    JUDGE: Ronald M. Whyte

U.S.A.                                -v- REAL PROPERTY @ 205 SE SPANISH TRAIL
Title

S. Hinds                              A. Gugelmann & J. Hinrichsen via Telephone
Attorneys Present                     Attorneys Present

COURT CLERK: Jackie Garcia            COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. Claimant Michael Arnold has filed a motion to dismiss. The parties are discussing the possibility of selling the property and the proceeds from the sale to pay off the bank. The parties have agreed to continue the motion hearing of claimant Arnold's motion to dismiss to 3/14/08 @ 9:00 am. The Court set a Further Case Management Conference for 3/14/08 @ 10:30 am.