```
 1  JEFFREY J.A. HINRICHSEN, ESQ., SBN 204269
    THARPE & HOWELL
 2  770 L Street, Suite 950
    Sacramento, California 95814
 3  Telephone: (916) 449-3995
    Facsimile: (916) 449-8275
 4
    Attorneys for
 5  CENTURY BANK, FSB
```

**Filed**

NOV 15 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 205 SE SPANISH TRAIL, BOCA RATON, FLORIDA,<br><br>  Defendants. | Case No. C-07-3874 RMW<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT THARPE & HOWELL's Sacramento Office will move to the following new address **effective November 1, 2007**:

**THARPE & HOWELL**
2555 3rd Street, Suite 110
Sacramento, California 95818
Phone (916) 475-1600
Fax (916) 475-1606

- 1 -

NOTICE OF CHANGE OF ADDRESS

1  Please note on your Proof of Service that all future pleadings, discovery, correspondence
2  and communications should be directed to the above address.

3
4  Dated: October 10, 2007                    **THARPE & HOWELL**

5
                                      By: _____
6                                          JEFFREY J.A. HINRICHSEN
                                           TALIA L. DELANOY
7                                          Attorneys for Defendant

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; my business address is: 770 L Street, Suite 950, Sacramento, California, 95814.

I certify that on August 29, 2007, I electronically filed the foregoing document described as **NOTICE OF CHANGE OF ADDRESS** with the Clerk of the United States District Court for the Northern Division of California using the CM/ECF system and served the same on the interested parties in this action by placing a true original/copy thereof enclosed in sealed envelope addressed as follows:

STEPHANIE M. HINDS  
Assistant United States Attorney  
450 Golden Gate Avenue  
Box 36055  
San Francisco, CA 94102  
Telephone: (415) 436-6816  
Facsimile: (415) 436-6748  
stephanie.hinds@usdoj.gov

**Attorney Representing**
**Plaintiff United States of America**

☒ (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to a representative of the addressee.

☐ (BY FACSIMILE) I served the foregoing document described above on all interested parties in this action by sending the document via facsimile pursuant to Rule 2005. The parties' fax numbers that I used is listed above.

☐ (BY FEDEX) I caused an envelope to be hand-delivered to a representative of FEDEX at Sacramento, California; whereupon said envelope is to be delivered by hand to a representative of the addressee on the next business day.

Executed on October 10, 2007, at Sacramento, California.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

MAGGIE YOUNG