JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6816
    Facsimile: (415) 436-6748
    email:   stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION   E-filed 2/25/08

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C 07-3874 RMW |
|     Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER RE CONTINUANCE OF HEARING FOR MOTION TO DISMISS AND BRIEFING SCHEDULE** |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 205 SE SPANISH TRAIL, BOCA RATON, FLORIDA , ) ) ) ) | |
|     Defendant. ) | |

Plaintiff, United States of America, and claimant, Michael Arnold, by and through undersigned counsel, hereby stipulate and agree to continue the hearing and related briefing schedule on claimant's Motion to Dismiss for approximately 90 days. Pursuant to this request, the parties request that the hearing be continued from March 14, 2008, to June 20, 2008, (or some other date more convenient to the Court) and that the related briefing schedule be changed accordingly.

SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 02/22/08               /S/
STEPHANIE M. HINDS
Assistant United States Attorney

Dated: 02/22/08               /S/
EDWARD SWANSON, ESQ.
Attorney for Claimant Michael Arnold

## ORDER

Upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the hearing on Claimant's Motion to Dismiss currently scheduled for March 14, 2008, and the current date for filing an opposition to said motion are vacated.

IT IS FURTHER ORDERED that the hearing on claimant's Motion to Dismiss is continued until June 20, 2008. The briefing schedule for any opposition to the motion and reply, if necessary, is also continued for 90 days accordingly.

**IT IS SO ORDERED.**

Dated: 2/25/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge