IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S.A.,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY & IMPROVEMENTS LOCATED AT 205 SE SPANISH TRAIL, BOCA RATON, FL,<br><br>    Defendant. | ***E-FILED - 3/4/08***<br><br>CASE NO.: C-07-03874-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for March 14, 2008, has been continued to **June 20, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are ordered to file a Joint Case Management Statement by June 13, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED:  March 4, 2008

_____
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1  Copy of Order E-Filed to Counsel of Record: