1  JEFFREY J.A. HINRICHSEN, SBN 204269
   THARPE & HOWELL
2  2555 3rd Street, Suite 110
   Sacramento, California  95818
3  Telephone: (916) 475-1600
   Facsimile: (916) 475-1606
4
   Attorneys for Third Party Defendant
5  CENTURY BANK, FSB

6

7                      UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10

11  UNITED STATES OF AMERICA,            )   Case No. C-07-03874 RMW
                                         )   *Complaint Filed: July 27, 2007*
12                   Plaintiff,          )   *Assigned to: Ronald M. Whyte*
                                         )
13  v.                                   )   **DECLARATION OF JEFFREY J.A.**
                                         )   **HINRICHSEN IN SUPPORT OF**
14  REAL PROPERTY AND                    )   **CENTURY BANK, FSB'S MOTION FOR**
    IMPROVEMENTS LOCATED AT 205 SE       )   **DECLARATORY JUDGMENT**
15  SPANISH TRAIL, BOCA RATON,           )
    FLORIDA,                             )   [Filed concurrently with Motion for
16                   Defendants.         )   Declaratory Judgment; Declaration of John
                                         )   O'Neill; [Proposed] Order]
17  _____)

18                                           DATE:      April 18, 2008
                                             TIME:      9:00 a.m.
19                                           DEPT:      6

20

21        I, Jeffrey J.A. Hinrichsen, declare as follows:

22        1.      I am a partner in the law firm of Tharpe & Howell, licensed to practice in the

23  State of California, and I am duly admitted to the bar of this Court.  I represent Century Bank,

24  FSB, a third party defendant in the above captioned matter.  I make this declaration of my own

25  personal knowledge, and if called as a witness could testify competently to the matters set forth

26  herein.

27  ///

28  ///

                                      - 1 -
   _____
                DECLARATION OF JEFFREY J.A. HINRICHSEN

2.    Attached to this declaration as Exhibit A is a true and correct copy of Century Bank's mortgage note which was recorded by Palm Beach County, Florida recorder's office on December 21, 2006.

3.    Attached to this declaration as Exhibit B are true and correct copies of correspondence between my partner, Stacey Miller, and Stephanie M. Hinds, the Assistant United States Attorney.

I certify under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Dated this 12 day of March, 2008 at Sacramento, California.

By: _____
     JEFFREY J.A. HINRICHSEN

THARPE & HOWELL
2555 3rd Street, Suite 110
Sacramento, California 95818

- 2 -

**DECLARATION OF JEFFREY J.A. HINRICHSEN**

1

## CERTIFICATE OF SERVICE

2

3    I am employed in the County of Sacramento, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 2555 3rd Street, Suite 110, Sacramento, California 95818.

4

5    I certify that on March 12, 2008, I electronically filed the foregoing document described as **Declaration of Jeffrey J.A. Hinrichsen in support of Century Bank, FSB's Motion for Declaratory Judgment,** with the Clerk of the United States District Court for the Northern

6    Division of California using the CM/ECF system and served the same on the interested parties in this action by placing a true original/copy  thereof enclosed in sealed envelope addressed as

7    follows:

8    **STEPHANIE M. HINDS**                    **Attorney Representing**
     **Assistant United States Attorney**        **Plaintiff United States of America**

9    **450 Golden Gate Avenue**
     **Box 36055**

10   **San Francisco, CA 94102**
     **Telephone: (415) 436-6816**

11   **Facsimile: (415) 436-6748**
     stephanie.hinds@usdoj.gov

12

13   **EDWARD W. SWANSON**                    **Attorney Representing**
     **Swanson, McNamara & Haller LLP**       **Michael Arnold**
     **300 Montgomery Street, Suite 1100**

14   **San Francisco, CA 94104**
     **Telephone: (415) 477-3800**

15   **Facsimile: (415) 477-9010**

16

17   ☒    (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California, in the

18   ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit

19   for mailing in affidavit.

20   ☐    (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to a representative of the addressee.

21

     ☐    (BY FACSIMILE) I served the foregoing document described above on all interested

22   parties in this action by sending the document via facsimile pursuant to Rule 2005.  The parties' fax numbers that I used is listed above.

23

     ☐    (BY FEDEX)  I caused an envelope to be hand-delivered to a representative of FEDEX

24   at Sacramento, California; whereupon said envelope is to be delivered by hand to a representative of the addressee on the next business day.

25

     Executed on March 12, 2008, at Sacramento, California.

26

27   I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

28

                                        Kristin Leslie
                                        _____
                                        Kristin Leslie

                                        - 3 -

**DECLARATION OF JEFFREY J.A. HINRICHSEN**

THARPE & HOWELL
2555 3rd Street, Suite 110
Sacramento, California 95818