1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
      450 Golden Gate Ave.
6     San Francisco, California  94102
      Telephone:  (415) 436-6816
7
   Attorneys for Plaintiff
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE VENUE

12
   UNITED STATES OF AMERICA,            )    No. C 07-3874 RMW
13                                      )
                 Plaintiff,             )
14                                      )    DECLARATION OF STEPHANIE HINDS
            v.                          )    IN SUPPORT OF UNITED STATES'
15                                      )    OPPOSITION TO CENTURY BANK'S
   REAL PROPERTY AND IMPROVEMENTS       )    MOTION FOR DECLARATORY
16 LOCATED AT 205 SE SPANISH TRAIL,     )    JUDGMENT
   BOCA RATON, FLORIDA,                 )
17                                      )
                 Defendant.             )
18 _____)

19     I, Stephanie M. Hinds, declare as follows:

20     1.    I am an Assistant United States Attorney and represent the plaintiff in this action. I make

21 this declaration in support of the United States' Opposition to Century Bank's Motion for Declaratory

22 Judgment. I make this declaration on information and belief. If called as a witness in this matter, I could

23 and would so competently testify as to the matters stated herein.

24     2.    On July 27, 2007, the United States commenced this civil forfeiture action against the

25 defendant real property located at 205 S.E. Spanish Trail, Boca Raton, Florida (hereinafter "defendant

26 real property"). See Declaration of Stephanie Hinds, Exhibit A. In its complaint, the government

27 alleges that the defendant real property, which is currently owned by claimant Michael Arnold,

28

HINDS DECLARATION RE
U.S. OPPOSITION TO MOTION FOR DECLARATORY JUDGMENT
C 07-3874 RMW

1  constitutes, and is traceable to, proceeds from the unlawful distribution of controlled substances in
2  violation of Title 21, United States Code, Section 841(a)(1); and thus subject to forfeiture pursuant to
3  Title 21, United States Code, Section 881(a)(6).  In addition, the complaint alleges that the defendant real
4  property constitutes property involved in, or traceable to, money laundering transactions, in violation of
5  Title 18, United States Code, Sections 1956 and 1957, and thus subject to forfeiture pursuant to Title 18,
6  United States Code, Section 981(a)(1)(A).  A true and correct copy of the Complaint For Forfeiture is
7  attached hereto as Exhibit 1.

8        3.    On September 17, 2007, claimant Michael Arnold filed a verified claim asserting an
9  ownership interest into the defendant real property.  On August 29, 2007, lienholder Century Bank, FSB,
10 filed a verified claim and answer, asserting an interest in the defendant real property.

11       4.    The United States and Arnold have agreed to a stay of the forfeiture case while the
12 criminal investigation is pending.  While the action has been stayed, the parties have been negotiating an
13 interlocutory sale of the defendant property.  Under the proposed terms of sale, Century Bank's lien shall
14 be paid from the proceeds generated from the sale of the property.  Attached hereto as Exhibit 2 is a true
15 and correct copy of a draft of the interlocutory sale agreement.

16       5.    Until recently, Century Bank was not in favor of the interlocutory sale; rather, it
17 proposed that the government permit it to commence a foreclosure action in state court against the
18 defendant real property.

19       I declare under penalty of perjury that the foregoing is true and correct.
20       Executed this 28th day of March, 2008, in San Francisco, California.

                                    /s/
                            _____
                            STEPHANIE M. HINDS
                            Assistant United States Attorney

HINDS DECLARATION RE
U.S. OPPOSITION TO MOTION FOR DECLARATORY JUDGMENT
C 07-3874 RMW