1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6    UNITED STATES OF AMERICA,          *E-FILED - 4/2/08*

7             Plaintiff,                CASE NO.: C-07-03874-RMW

8         v.                            **CLERK'S NOTICE OF CONTINUANCE**

9    REAL PROPERTY AND IMPROVEMENTS     **NEW DATE: JUNE 20, 2008**
     LOCATED AT 205 SE SPANISH TRAIL,
10   BOCA RATON, FLORIDA,               **TIME: 9:00 AM**

11            Defendant.

12

13
         PLEASE TAKE NOTICE that, on the court's own motion, **CENTURY BANK'S MOTION**
14
     **FOR DECLARATORY JUDGMENT,** previously set for April 18, 2008, has been continued to the
15
     date and time set forth above.  The parties are to appear before the Honorable Ronald M. Whyte in
16
     courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless
17
     notified that the matter will be submitted without argument.
18
         If any hearing date is moved by the court's own motion, papers must still be filed in
19
     accordance with the originally noticed date and the Local Rules of this court absent a court order
20
     setting a new briefing schedule.
21
         The moving party shall give written notice to counsel for all parties of the new date of the
22
     hearing after receipt of this notice.  Following service, the moving party shall file a certificate of
23
     service with the Clerk of the Court.
24

25
     DATED:  April 2, 2008
26
                                    BY: _/s/ Jackie Garcia_____
27                                       JACKIE GARCIA
                                         Courtroom Deputy for
28                                       Honorable Ronald M. Whyte

Copy of Order E-Filed to Counsel of Record:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28