IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| U.S.A., | *E-FILED - 6/5/08* |
|---|---|
| Plaintiff, | CASE NO.: C-07-03874-RMW |
| v. | **CLERK'S NOTICE OF CONTINUANCE** |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 205 SE SPANISH TRAIL, BOCA RATON, FL, | **NEW DATE: JULY 18, 2008** |
| Defendant. | **TIME: 9:00 AM AND 10:30 AM (CMC)** |

PLEASE TAKE NOTICE that, on the court's own motion, **CLAIMANT MICHAEL ARNOLD'S MOTION TO DISMISS; THIRD PARTY DEFENDANT CENTURY BANK'S MOTION FOR DECLARATORY JUDGMENT AND FURTHER CASE MANAGEMENT CONFERENCE,** scheduled for June 20, 2008, has been continued to the date and times set forth above. The parties are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be submitted without argument.

If any hearing date is moved by the court's own motion, papers must still be filed in accordance with the originally noticed date and the Local Rules of this court absent a court order setting a new briefing schedule.

The moving party shall give written notice to counsel for all parties of the new date of the hearing after receipt of this notice. Following service, the moving party shall file a certificate of service with the Clerk of the Court.

DATED: June 5, 2008

BY: */s/ Jackie Garcia*
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1
2
3  Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28