1  JEFFREY J.A. HINRICHSEN, SBN 204269
   THARPE & HOWELL
2  2555 3rd Street, Suite 110
   Sacramento, California  95818
3  Telephone: (916) 475-1600
   Facsimile: (916) 475-1606
4
   Attorneys for Third Party Defendant
5  CENTURY BANK, FSB

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                   SAN JOSE DIVISION

10

11 UNITED STATES OF AMERICA,           ) Case No. C-07-03874 RMW
                                       ) *Complaint Filed: July 27, 2007*
12              Plaintiff,             ) *Assigned to: Ronald M. Whyte*
                                       )
13 v.                                  ) **CERTIFICATE OF SERVICE RE:**
                                       ) **CLERK'S NOTICE OF CONTINUANCE**
14 REAL PROPERTY AND                   )
   IMPROVEMENTS LOCATED AT 205 SE      ) **New Date:**    July 18, 2008
15 SPANISH TRAIL, BOCA RATON,          ) **Time:**        9:00 a.m.
   FLORIDA,                            ) **Courtroom:**   #6
16              Defendants.            )
                                       )
17 _____)

18

19

20

21

22

23

24

25

26

27

28

- 1 -
**CERTIFICATE OF SERVICE**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| U.S.A., <br><br> Plaintiff, <br><br> v. <br><br> REAL PROPERTY AND IMPROVEMENTS LOCATED AT 205 SE SPANISH TRAIL, BOCA RATON, FL, <br><br> Defendant. | *E-FILED - 6/5/08* <br><br> CASE NO.: C-07-03874-RMW <br><br> **CLERK'S NOTICE OF CONTINUANCE** <br><br> **NEW DATE: JULY 18, 2008** <br><br> **TIME: 9:00 AM AND 10:30 AM (CMC)** |

PLEASE TAKE NOTICE that, on the court's own motion, **CLAIMANT MICHAEL ARNOLD'S MOTION TO DISMISS; THIRD PARTY DEFENDANT CENTURY BANK'S MOTION FOR DECLARATORY JUDGMENT AND FURTHER CASE MANAGEMENT CONFERENCE,** scheduled for June 20, 2008, has been continued to the date and times set forth above. The parties are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be submitted without argument.

If any hearing date is moved by the court's own motion, papers must still be filed in accordance with the originally noticed date and the Local Rules of this court absent a court order setting a new briefing schedule.

The moving party shall give written notice to counsel for all parties of the new date of the hearing after receipt of this notice. Following service, the moving party shall file a certificate of service with the Clerk of the Court.

DATED: June 5, 2008

BY: /s/ Jackie Garcia
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

# CERTIFICATE OF SERVICE

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2555 3rd Street, Suite 110, Sacramento, California 95818.

I certify that on June 6, 2008, I electronically filed the foregoing document described as **CERTIFICATE OF SERVICE RE: CLERK'S NOTICE OF CONTINUANCE,** with the Clerk of the United States District Court for the Northern Division of California using the CM/ECF system and served the same on the interested parties in this action by placing a true original/copy thereof enclosed in sealed envelope addressed as follows:

| | |
|---|---|
| **STEPHANIE M. HINDS**<br>Assistant United States Attorney<br>450 Golden Gate Avenue<br>Box 36055<br>San Francisco, CA 94102<br>Telephone: (415) 436-6816<br>Facsimile: (415) 436-6748<br>stephanie.hinds@usdoj.gov | **Attorney Representing**<br>**Plaintiff United States of America** |
| **EDWARD W. SWANSON**<br>Swanson, McNamara & Haller LLP<br>300 Montgomery Street, Suite 1100<br>San Francisco, CA 94104<br>Telephone: (415) 477-3800<br>Facsimile: (415) 477-9010 | **Attorney Representing**<br>**Michael Arnold** |

☒ (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to a representative of the addressee.

☐ (BY FACSIMILE) I served the foregoing document described above on all interested parties in this action by sending the document via facsimile pursuant to Rule 2005. The parties' fax numbers that I used is listed above.

☐ (BY FEDEX) I caused an envelope to be hand-delivered to a representative of FEDEX at Sacramento, California; whereupon said envelope is to be delivered by hand to a representative of the addressee on the next business day.

Executed on June 6, 2008, at Sacramento, California.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

/s/
Kristin Leslie