| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | STEPHANIE M. HINDS (CSBN 154284)<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6816
Facsimile: (415) 436-6748
email:    stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY AND<br>IMPROVEMENTS LOCATED AT<br>205 SE SPANISH TRAIL, BOCA RATON,<br>FLORIDA ,<br><br>　　　　　Defendant. | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) | **No.  C 07-3874 RMW**<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF HEARING FOR MOTION TO DISMISS AND BRIEFING SCHEDULE** |

Plaintiff, United States of America, and claimant, Michael Arnold, by and through undersigned counsel, hereby stipulate and agree to continue the hearing and related briefing schedule on claimant's Motion to Dismiss for approximately 120 days. Pursuant to this request, the parties request that the hearing be continued from June 20, 2008 to October 18, 2008, (or some other date more convenient to the Court) and that the related briefing schedule be changed accordingly.

SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 6/9/08                        /S/
STEPHANIE M. HINDS
Assistant United States Attorney


Dated: 6/9/08                        /S/
EDWARD SWANSON, ESQ.
Attorney for Claimant Michael Arnold

### [PROPOSED] ORDER

Upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the hearing on Claimant's Motion to Dismiss currently scheduled for June 20, 2008, and the current date for filing an opposition to said motion are vacated.

IT IS FURTHER ORDERED that the hearing on claimant's Motion to Dismiss is continued until October 18, 2008. The briefing schedule for any opposition to the motion and reply, if necessary, is also continued for 120 days accordingly.

**IT IS SO ORDERED.**

Dated:
RONALD M. WHYTE
United States District Judge