1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-6816
7  Facsimile: (415) 436-6748                    ***E-FILED - 6/10/08***
   email:    stephanie.hinds@usdoj.gov
8
   Attorneys for Plaintiff
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                               SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,          )   No. C 07-3874 RMW
                                       )
14              Plaintiff,             )
                                       )
15       v.                            )   STIPULATION AND [~~PROPOSED~~] ORDER
                                       )   RE CONTINUANCE OF HEARING FOR
16  REAL PROPERTY AND                  )   MOTION TO DISMISS AND BRIEFING
    IMPROVEMENTS LOCATED AT            )   SCHEDULE
17  205 SE SPANISH TRAIL, BOCA RATON,  )
    FLORIDA ,                          )
18                                     )
                Defendant.             )
19  _____)

Plaintiff, United States of America, and claimant, Michael Arnold, by and through undersigned counsel, hereby stipulate and agree to continue the hearing and related briefing schedule on claimant's Motion to Dismiss for approximately 120 days. Pursuant to this request, the parties request that the hearing be continued from June 20, 2008 to October 18, 2008, (or some other date more convenient to the Court) and that the related briefing schedule be changed accordingly.

SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 6/9/08           /S/
STEPHANIE M. HINDS
Assistant United States Attorney

Dated: 6/9/08           /S/
EDWARD SWANSON, ESQ.
Attorney for Claimant Michael Arnold

### [PROPOSED] ORDER

Upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the hearing on Claimant's Motion to Dismiss currently scheduled for June 20, 2008, and the current date for filing an opposition to said motion are vacated.

IT IS FURTHER ORDERED that the hearing on claimant's Motion to Dismiss is continued until October 17, 2008. The briefing schedule for any opposition to the motion and reply, if necessary, is also continued for 120 days accordingly. The Court will also continue the Case Management Conference to October 17, 2008 @ 10:30 AM.

**IT IS SO ORDERED.**

Dated: 6/10/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

STIPULATION AND XXXXXX ORDER
C 07-3874 RMW                                                                 2