1  **JEFFREY J.A. HINRICHSEN, SBN 204269**
   **THARPE & HOWELL**
2  **2555 3rd Street, Suite 110**
   **Sacramento, California  95818**
3  **Telephone: (916) 475-1600**
   **Facsimile: (916) 475-1606**
4
   Attorneys for Third Party Defendant
5  **CENTURY BANK, FSB**

6

7                   UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | Case No. C-07-03874 RMW |
| 12 | ) Plaintiff, ) | *Complaint Filed: July 27, 2007*<br>*Assigned to: Ronald M. Whyte* |
| 13 | v. ) ) | **CERTIFICATE OF SERVICE RE:**<br>**CLERK'S NOTICE OF CONTINUANCE** |
| 14 | REAL PROPERTY AND )<br>IMPROVEMENTS LOCATED AT 205 SE ) | **New Date:    October 17, 2008** |
| 15 | SPANISH TRAIL, BOCA RATON, )<br>FLORIDA, ) | **Time:           9:00 a.m.**<br>**Courtroom:  #6** |
| 16 | Defendants. ) | |
| 17 | _____ ) | |

- 1 -
**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2555 3rd Street, Suite 110, Sacramento, California 95818.

I certify that on July 15, 2008, I electronically filed the foregoing document described as **CERTIFICATE OF SERVICE RE: CLERK'S NOTICE OF CONTINUANCE,** with the Clerk of the United States District Court for the Northern Division of California using the CM/ECF system and served the same on the interested parties in this action by placing a true original/copy thereof enclosed in sealed envelope addressed as follows:

**STEPHANIE M. HINDS**  **Attorney Representing**
**Assistant United States Attorney**  **Plaintiff United States of America**
**450 Golden Gate Avenue**
**Box 36055**
**San Francisco, CA 94102**
**Telephone: (415) 436-6816**
**Facsimile: (415) 436-6748**
stephanie.hinds@usdoj.gov

**EDWARD W. SWANSON**  **Attorney Representing**
**Swanson, McNamara & Haller LLP**  **Michael Arnold**
**300 Montgomery Street, Suite 1100**
**San Francisco, CA 94104**
**Telephone: (415) 477-3800**
**Facsimile: (415) 477-9010**

☒ (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

❏ (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to a representative of the addressee.

❏ (BY FACSIMILE) I served the foregoing document described above on all interested parties in this action by sending the document via facsimile pursuant to Rule 2005. The parties' fax numbers that I used is listed above.

❏ (BY FEDEX) I caused an envelope to be hand-delivered to a representative of FEDEX at Sacramento, California; whereupon said envelope is to be delivered by hand to a representative of the addressee on the next business day.

Executed on July 15, 2008, at Sacramento, California.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

_____/s/_____
Kristin Leslie