**E-FILED on** 10/09/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 205 SE SPANISH TRAIL, BOCA RATON, FLORIDA,<br><br>  Defendant. | No. C-07-03874 RMW<br><br>ORDER CONTINUING HEARING FOR MOTION TO DISMISS AND BRIEFING SCHEDULE<br><br>**[Re Docket No. 38]** |

Upon stipulation of plaintiff United States of America and claimant Michael Arnold and good cause appearing, the hearing on claimant's Motion to Dismiss is continued until December 19, 2008. The briefing schedule for any opposition to the motion and reply is also continued accordingly.

The hearing on 3rd party defendant Century Bank's motion for declaratory judgment will take place as scheduled on October 17, 2008.

DATED:    10/09/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Stephanie M. Hinds        stephanie.hinds@usdoj.gov

**Counsel for 3rd Party Defendant:**

Jeffrey J.A. Hinrichsen        jhinrichsen@tharpe-howell.com

**Counsel for Claimant:**

Edward W. Swanson        eswanson@swansonmcnamara.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   10/09/08                               /s/ JAS
                                                **Chambers of Judge Whyte**