**JEFFREY J.A. HINRICHSEN, SBN 204269**
**TALIA L. DELANOY, SBN 239973**
**THARPE & HOWELL**
**2555 3RD STREET, SUITE 110**
Sacramento, California 95818
Telephone: (916) 475-1600
Facsimile: (916) 475-1606

*E-FILED - 12/4/08*

Attorneys for,
**CENTURY BANK, FSB**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C-07-3874 RMW |
| Plaintiff, | **STIPULATION AND [] ORDER RE CONTINUANCE OF HEARING FOR MOTION FOR DECLARATORY JUDGMENT** |
| v. | |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 205 SE SPANISH TRAIL, BOCA RATON, FLORIDA, | Date: December 5, 2008<br>Time: 9:00 a.m.<br>Courtroom: 6 |
| Defendants. | |

Plaintiff, United States of America, Claimant, Michael Arnold, and Third Party Defendant Century Bank, by and through undersigned counsel, hereby stipulate and agree to continue the hearing and related briefing schedule on Century Bank's Motion for Declaratory Judgment from December 5, 2008 to December 19, 2008.

SO STIPULATED.

Dated: December 1, 2008                    **THARPE & HOWELL**


By:  _____/S/_____
    JEFFREY J.A. HINRICHSEN
    TALIA L. DELANOY
    Attorneys for Defendant

- 1 -

**STIPULATION AND ] ORDER**

| | | |
|---|---|---|
| Dated: December 1, 2008 | By: | /S/ |
| | | STEPHANIE M. HINDS |
| | | SUSAN GRAY |
| | | Assistant United States Attorney |

| | | |
|---|---|---|
| Dated: December 1, 2008 | By: | /S/ |
| | | EDWARD SWANSON |
| | | Attorney for Claimant Michael Arnold |

## [ ORDER

Upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the hearing on Third Party Defendant Century Bank's Motion for Declaratory Judgment currently scheduled for December 5, 2008, is continued to December 19, 2008.

**IT IS SO ORDERED.**

Dated: __12/4__, 2008

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

G:\All Files\SPANISH TRAIL (21703)\PLEADINGS\Stip.Cont.Hrg

**STIPULATION AND [] ORDER**