JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6816
Facsimile: (415) 436-6748
email:   stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

***E-FILED - 12/17/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 205 SE SPANISH TRAIL, BOCA RATON, FLORIDA ,<br><br>　　　　Defendant. | No.  C 07-3874 RMW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE CONTINUANCE OF HEARING FOR MOTION TO DISMISS AND BRIEFING SCHEDULE** |

Plaintiff, United States of America, and claimant, Michael Arnold, by and through undersigned counsel, hereby stipulate and agree to continue the hearing and related briefing schedule on claimant's Motion to Dismiss for approximately 90 days. Pursuant to this request, the parties request that the hearing be continued from December 19, 2008 to March 20, 2009 (or some other date more convenient to the Court) and that the related briefing schedule be changed accordingly.

SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 12/12/08                                /S/
STEPHANIE M. HINDS
SUSAN B. GRAY
Assistant United States Attorneys


Dated: 12/12/08                                /S/
EDWARD SWANSON, ESQ.
Attorney for Claimant Michael Arnold


### [PROPOSED] ORDER

Upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the hearing on Claimant's Motion to Dismiss currently scheduled for December 19, 2008, and the current date for filing an opposition to said motion are vacated.

IT IS FURTHER ORDERED that the hearing on claimant's Motion to Dismiss is continued until March 20, 2009. The briefing schedule for any opposition to the motion and reply, if necessary, is also continued accordingly.

**IT IS SO ORDERED.**

Dated: 12/17/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

STIPULATION AND [PROPOSED] ORDER
C 07-3874 RMW                                                                                           2