1   JOSEPH P.  RUSSONIELLO (CSBN 44332)
    United States Attorney

2

    BRAIN J. STRETCH (CSBN 163973)
3   Acting Chief, Criminal Division

4   STEPHANIE M. HINDS (CSBN 154284)
    Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, CA 94102

6       Telephone: 415.436.6816
        Facsimile:   415.436.6748          ***E-FILED - 12/24/08***

7       Email: stephanie.hinds@usdoj.gov

8   Attorneys for the United States of America

9
                        UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,              )      **CV 07-3874 RMW**
                                           )
14                          Plaintiff,     )
                                           )
15              v.                         )
                                           )
16  REAL PROPERTY AND IMPROVEMENTS         )
    LOCATED AT 205 SE SPANISH TRAIL, BOCA  )      **STIPULATION AND []**
17  RATON, FLORIDA,,                       )         **ORDER TO DISMISS ACTION**
                                           )
18                          Defendant.     )
                                           )
    _____   )
19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Pursuant to Rule 41(a)(1) of Federal Rules of Civil Procedure, the parties hereby submit this |
| 3 | joint request to dismiss the above-captioned action.  The parties are jointly moving to dismiss this action |
| 4 | to permit claimant Century Bank to pursue a private sale of the property, in lieu of foreclosure.  Further, |
| 5 | the government agrees to removes its lis pendens filed against the defendant property.  The parties |
| 6 | request that this matter be dismissed without prejudice and that each party bear their own costs for this |
| 7 | action. |
| 8 | IT IS SO STIPULATED: |

JOSEPH P.  RUSSONIELLO
United States Attorney

Dated: 12/19/08                                    /S/
STEPHANIE M. HINDS
Assistant United States Attorney

Dated:  12/19/08                                   /S/
EDWARD SWANSON
Attorney for Claimant Michael Arnold

Dated: 12/19/08                                    /S/
JEFFREY HINRICHSEN
TALIA DELANOY
Attorneys for Claimant Century Bank, FSB

**[~~XXXXXX~~PROPOSED] ORDER RE DISMISSAL**

Upon the above stipulation of the parties, and good cause appearing, the Court hereby dismisses the above-captioned action without prejudice.  The Court further orders that each party bears its own costs in this action.

IT IS SO ORDERED.

Dated: _____12/24/08_____

*Ronald M. Whyte*

RONALD M.  WHYTE
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [~~XXXXX~~PROPOSED]
ORDER TO DISMISS ACTION
CV07-3874 RMW**                                   2